65 A.3d 257

KERN AUGUSTINE CONROY AND SCHOPPMANN, P.C., PLAINTIFF–RESPONDENT, v. E. BRUCE DIDONATO, DEFENDANT–APPELLANT.

May 8, 2013.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that this appeal is dismissed.